IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| HAWAII LABORERS' TRUST FUNDS, (*Hawaii Laborers' Health & Welfare Trust Funds* by its trustees Harry Ushijima, Albert Hamamoto, Mel Cremer, Benjamin Saguibo, Daniel Nakamura, Stephanie C. Mahelona, Walter Arakaki, Antonio J. Saguibo, Jr., Anacleto Alcantra, and Toni Figueroa, etc., et al.,) | ) ) ) ) ) ) ) ) ) ) ) | CV 05-00342 SOM-KSC |
| Plaintiff(s), | ) ) ) | |
| vs. | ) ) | |
| INDUSTRIAL RESOURCES, INC., a Hawaii corporation, | ) ) ) ) | |
| Defendant(s). | ) ) | |
| _____ | ) | |

ORDER ADOPTING MAGISTRATE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed on June 9, 2006  and

served on the defendantINDUSTRIAL RESOURCES, INC. P.O. Box 30106,

Honolulu, Hawaii 96820-0106  on June 15, 2006, and no objections having been

filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that,  pursuant to Title 28,

United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Findings and

Recommendation are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii; July 6, 2006.



_____
Susan Oki Mollway
United States District Judge

cc:    all parties of record

_____
Order Adopting Magistrate's Findings and Recommendation
CV 05-00342SOM-KSC HAWAII LABORERS' TRUST FUNDS  v INDUSTRIAL
RESOURCES, INC.